Frederick H. Engelken et al., Respondents, *v*. Shanty Shops, Inc., Appellant, et al., Defendants.

Submitted December 7, 1951; decided January 17, 1952.

*Harold S. Lynton* for appellant.

*John F. Reddy, Jr.,* for respondents.

On appeal from judgment, judgment affirmed, with costs. On appeal from order, appeal dismissed. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.